# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL LOVE,<br><br>               Plaintiff,<br><br>   v.<br><br>AZUCENA BELTRAN,<br><br>               Defendant. | Case No.<br>EDCV 14-1828 JGB (DTBx)<br><br>**JUDGMENT** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant.

1. Plaintiff is awarded monetary judgment in the amount of $7,735.00, comprising statutory damages of $4,000.00, attorneys' fees of $3,315.00, and $420.00 in costs; and
2. A permanent injunction is entered against Defendant Azucena Beltran, compelling her to provide handicap accessible parking in compliance with the Americans with Disabilities Act Accessibility Guidelines at the property located at 1032 Brockton Avenue, Redlands, California.

1  The Court orders that such judgment shall be entered.
2  As there are no remaining named Defendants in this
3  action, the Clerk is directed to close the case.

Dated: April 14, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

2